# EXHIBIT CC

4/4/26, 5:27 PM                Deputy Press Sec Joel Valdez on X: "Dan, either you're lying or you don't know what you're talking about. I'm going to give you the b...

X

← Post

**Deputy Press Sec Joel Valdez** ✔
@JoelValdezDOW

Dan, either you're lying or you don't know what you're talking about.

I'm going to give you the benefit of the doubt and just assume you don't know what you're talking about.

Did the New York Times undermine your outrage narrative by praising us?

**Dan Lamothe** ✔ @DanLamothe · Oct 8, 2025
The New York Times did not praise the Hegseth team. That's another falsehood. x.com/JoelValdezDOW/...

4:29 PM · Oct 9, 2025 · **34.7K** Views

💬 15          🔁 41          ♡ 211          🔖 4          ⬆

💬 Read 15 replies

**New to X?**

Sign up now to get you

G  Sign ⎆

🍎  Sign ⎆

Creat⎆

By signing up, you agre⎆
Privacy Policy, includir⎆

**What's happe⎆**

Sports · Trending
**Arsenal**
Trending with Southa⎆

Politics · Trending
**Walter Reed**

Sports · Trending
**#raindelayquestic⎆**

Trending in United Sta⎆
**William Sawalich**
Trending with Cleetus⎆

Show more

Terms of Service  |  Priva⎆
Accessibility  |  Ads info⎆

**Don't miss what's happening**
People on X are the first to know.                                    Log in