# EXHIBIT CCC

X

← **Post**

**Alexa Henning** ✓
@alexahenning

...

You don't hate the media enough

> **The Washington Post** ✓ @washingtonpost · Jan 10
> Column: Erika Kirk, a mother to two toddlers, continues to take on public-facing leadership duties while promoting traditional ideas about prioritizing marriage and motherhood.
>
> Here's how her clothes are attempting to walk the same line: ...

7:45 AM · Jan 13, 2026 · **742** Views

💬        ⇄        ♡ 13        🔖        ⬆

**New to X?**

Sign up now to get your own personalized

G  Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of S
Privacy Policy, including Cookie Use.

**What's happening**

Trending in United States
**George Floyd**

Trending in United States
**Nipsey**

Sports · Trending
**Pride Night**

Trending in United States
**aBeZy**

Show more

Terms of Service  |  Privacy Policy  |  Cookie P
Accessibility  |  Ads info  |  More ···   © 2026

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign



New to X?

Sign up now to get your own personalized

 Sign up with Apple

Create account

By signing up, you agree to the Terms of S
Privacy Policy, including Cookie Use.

## What's happening

Trending in United States
**George Floyd**

Trending in United States
**Nipsey**

Sports · Trending
**Pride Night**

Trending in United States
**aBeZy**

Show more

Terms of Service | Privacy Policy | Cookie P
Accessibility | Ads info | More ··· © 2026

**Don't miss what's happening**
People on X are the first to know.

Log in     Sign