# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

*In re* Grand Jury Subpoena No. 25-

**FILED UNDER SEAL**

## DECLARATION OF SIMON A. LATCOVICH

I, Simon A. Latcovich, hereby declare as follows:

1.      I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2.      I am a partner at the law firm Williams & Connolly LLP.  I am licensed to practice law in the District of Columbia, Maryland, and Virginia, and I am in good standing with the bars of these jurisdictions.  I was first admitted to the bar over 19 years ago.

3.      Williams & Connolly LLP represents Ellen Nakashima in this matter.  Ellen Nakashima is a reporter for The Washington Post ("The Post").

4.      The evidence set out in this Declaration is based on my personal knowledge.

5.      On March 2, 2026, the government served a grand jury subpoena on Ms. Nakashima, compelling her testimony on April 7, 2026.  The subpoena did not state any topic or time period that the testimony concerned.  A true and correct copy of the Grand Jury Subpoena is attached as Exhibit A.

6.      On March 17, 2026, I called the government to inquire about the subjects they intended to cover with Ms. Nakashima.  The government indicated that it related to a request for

comment that Ms. Nakashima had made to ████████████████████████████
██████████████████████████

7.      On March 27, 2026, I wrote to the government to confirm the topic of the testimony. The government responded that it intended to ask Ms. Nakashima about her request for comment from ██████████████████, even though The Post never published an article about the topic. But the government added that it wanted to generally ask about "matters that may have been relevant to ██████████████████████████████████." A true and correct copy of my email correspondence is attached as Exhibit B.

**Examples of Harassment Against Ms. Nakashima**

8.      As a national security reporter, Ms. Nakashima has been the subject of numerous social media posts, press briefings, and other public statements from the Trump Administration criticizing her reporting. These include the following:

     a.  March 21, 2025: The press secretary for Director of National Intelligence Tulsi Gabbard reposted on social media an article written by Ms. Nakashima and commented, "This is the dumbest sentence I've seen from the Washington Post and that's a high bar." Olivia Coleman (@DNIspox), X (Mar. 21, 2025, at 15:40 ET), https://x.com/DNIspox/status/1903169931580981332 (attached as Exhibit C).

     b.  May 30, 2025: At a White House press conference, President Trump criticized the Pulitzer-Prize-winning stories on Russian interference in the 2016 election—which Ms. Nakashima co-authored—as "a total hoax." Donald Trump Holds a Joint Press Conference with Elon Musk (May 30, 2025), https://rollcall.com/factbase/trump/transcript/donald-trump-press-conference-elon-musk-oval-office-may-30-2025/#198 (attached as Exhibit D).

     c.  July 3, 2025: Director of National Intelligence Tulsi Gabbard posted on social media, "It has come to my attention that Washington Post reporter @nakashimae appears to be actively harassing ODNI staff." DNI Tulsi Gabbard (@DNIGabbard), X (July 3, 2025, at 11:35 ET), https://x.com/DNIGabbard/status/1940796626735395098 (attached as Exhibit E). The post garnered three million views and subjected Ms. Nakashima to further harassment online by the public.

2

d. July 3, 2025: President Trump's former national security advisor Michael Flynn posted in response to Tulsi Gabbard's post, "The WAPO should be shut down. Take any and all taxpayer funds from them and all of their reporters. Do not allow them entrance to any USG facility without an escort. Do not allow anyone in their entire USIC to take any of their questions or to do any interviews with them. There's more, but for now that's enough." General Michael Flynn (@GenFlynn), X (July 3, 2025, at 13:37 ET), https://x.com/GenFlynn/status/1940827311307178440 (attached as Exhibit UUU).

e. July 3, 2025: President Trump's longtime political advisor Roger Stone also posted in response to Gabbard's post, "Why isn't this b!tch in jail?" Roger Stone (@RogerJStoneJr), X (July 3, 2025, at 14:42 ET), https://x.com/RogerJStoneJr/status/1940843563786629194 (attached as Exhibit VVV).

f. July 3, 2025: Gabbard reposted a post that said, "In many ways, Ellen Nakashima was patient zero of media collusion in promoting the fraudulent Russia collusion narrative ... Nakashima's role and her coordination with intelligence officials have never been investigated, much less resulted in any accountability." DNI Tulsi Gabbard (@DNIGabbard), X (July 3, 2025, at 16:40 ET), https://x.com/DNIGabbard/status/1941122555739611518 (attached as Exhibit WWW).

g. July 18, 2025: Gabbard posted a screenshot from an article co-authored by Ms. Nakashima and commented that "Obama officials immediately leaned on their allies in the media to advance their falsehoods" regarding Russian interference in the 2016 election. DNI Tulsi Gabbard (@DNIGabbard), X (July 18, 2025, at 14:10 ET), https://x.com/DNIGabbard/status/1946271417323897171 (attached as Exhibit F).

h. July 18, 2025: A fundraiser and campaign advisor to President Trump posted, "@nakashimae is the worst of the worst ... Here is one of my favorite hit pieces by @nakashimae where she claims Trump falsely accused Obama of wiretapping his campaign (spoiler alert: Obama did). How is Ellen still employed?"[1] Caroline Wren (@CarolineWren), X (July 18, 2025, at 18:05 ET), https://x.com/CarolineWren/status/1946330587318591987 (attached as Exhibit G).

i. July 23, 2025: Gabbard's deputy chief of staff posted on social media that "the Obama admin laundered their fake intelligence through outlets like the

---

[1] "@nakashimae" is Ellen Nakashima's username on the social media platform X. Ellen Nakashima (@nakashimae), X (last visited March 30, 2026), https://x.com/nakashimae (attached as Exhibit K).

3

Washington Post and reporters like @nakashimae." Alexa Henning (@alexahenning), X (July 23, 2025, at 20:58 ET), https://x.com/alexahenning/status/1948186004449591302 (attached as Exhibit H).

j.  July 23, 2025: Gabbard says on Fox News, "They printed what they were fed, people like Ellen Nakashima from The Washington Post, who, by the way, went on to win a Pulitzer Prize because for years she was so good at lying and not telling the truth to the American people that they gave her an award for it." Office of the Director of National Intelligence, *DNI Gabbard Joins Jesse Waters Primetime* (at 12:10–28), YouTube (July 23, 2025), https://www.youtube.com/watch?v=eFc3vfNAXyM.

k.  July 23, 2025: White House Press Secretary Karoline Leavitt said during a press briefing that "reporters at legacy outlets, some of which are sitting in this room today like the New York Times and The Washington Post, were ridiculously awarded Pulitzer Prizes for their perpetuation of this [Russian election interference] hoax. It's well past time for those awards to be stripped from the journalists who receive them." PBS NewsHour, Karoline Leavitt White House Press Briefing (at 8:40–8:55), YouTube (July 23, 2025), https://www.youtube.com/watch?v=xu1IXS1Eorg&t=2s.

l.  Oct. 1, 2025: Chief Pentagon spokesman Sean Parnell posted on social media an article co-authored by Ms. Nakashima and commented, "The Washington Post's reporting is untrue and irresponsible anonymously sourced garbage." Sean Parnell (@SeanParnellUSA), X (Oct. 1, 2025, at 17:49 ET), https://x.com/SeanParnellUSA/status/1973505684055662699 (attached as Exhibit L).

m.  Dec. 2, 2025: Gabbard's deputy chief of staff posted on social media, "How many times does Ellen Nakashima get to write complete bullshit in the pages of the Washington Post until she has to give back her Pulitzer?" Alexa Henning (@alexahenning), X (Dec. 2, 2025, at 7:36 ET), https://x.com/alexahenning/status/1995834546282013066 (attached as Exhibit M).

9.  Moreover, The White House has an official webpage that names a "Media Offender of the Week," tracks an "Offender Hall of Shame," keeps a "Leaderboard" that visually shows "[a] race to the bottom" of media outlets, and graphically demonstrates "Repeat Offenders[:] These outlets don't just get it wrong – they do it over and over again." *Media Offenders*, The White House, https://www.whitehouse.gov/mediabias/ (last visited March 30, 2026) (attached as Exhibit N).

4

10.    The Post has been heavily featured on this webpage. Indeed, The Post is listed as the first publication in the "Offender Hall of Shame" and is #1 on the "Media Offender Leaderboard," with six specific instances of alleged "false and misleading stories," according to The White House. *Id.*

11.    One of those stories was co-written by Ms. Nakashima. *See* Alex Horton & Ellen Nakashima, *Hegseth order on first Caribbean boat strike, officials say: Kill them all*, The Washington Post (Nov. 28, 2025), https://www.washingtonpost.com/national-security/2025/11/28/hegseth-kill-them-all-survivors-boat-strike/ (attached as Exhibit O). For that article, Ms. Nakashima and Alex Horton were featured as the "Media Offender of the Week" on the White House webpage, and their photos and names were highlighted in a video on The White House's social media account. The White House (@WhiteHouse), X (Dec. 4, 2025, at 16:45 ET), https://x.com/WhiteHouse/status/1996697369795350627 (attached as Exhibit P). And Defense Secretary Pete Hegseth called the article "fabricated, inflammatory, and derogatory reporting" from "fake news." Secretary of War Pete Hegseth (@SecWar), X (Nov. 28, 2025, at 18:42 ET), https://x.com/secwar/status/1994552598142038358?s=42 (attached as Exhibit J); see also Tara Suter, Hegseth defends strikes after WaPo 'kill everybody' story: 'Fake news,' The Hill (Nov. 28, 2025), https://thehill.com/policy/defense/5626054-defense-secretary-defends-drug-strikes/.

12.    Ms. Nakashima was also the subject of a lawsuit filed in November 2020 by Devin Nunes, a former congressman who currently serves as Chair of the President's Intelligence Advisory Board and Chief Executive Officer of the Trump Media & Technology Group. Nunes sued Ms. Nakashima and The Post in connection with a national security article published about Nunes' "midnight run" to bring intelligence files to the White House. *Nunes v. WP Company LLC*,

5

737 F. Supp. 3d 7, 12 (D.D.C. 2024). The district court granted Nakashima and The Post's motion for summary judgment. *Id.* at 19.

13.    In November 2020, the Department of Justice in the first Trump administration approved a highly unusual no-notice subpoena for phone records and information from email accounts used by three Post reporters, including Ms. Nakashima. *Letter from Mark Lesko, Acting Assistant Atty. Gen.*, U.S. Dep't of Justice, Nat'l Security Div. (Sept. 1, 2021) (attached as Exhibit Q). The subpoena was issued pursuant to The Trump Administration's investigation into Ms. Nakashima's Pulitzer-Prize-winning reporting about Russian interference in the 2016 election. *See* Devlin Barrett, *Trump Justice Department secretly obtained Post reporters' phone records*, The Washington Post, (May 7, 2021), https://www.washingtonpost.com/national-security/trump-justice-dept-seized-post-reporters-phone-records/2021/05/07/933cdfc6-af5b-11eb-b476-c3b287e52a01_story.html. The Department of Justice closed the investigation in May 2021. *Id.*

**Examples of Harassment Against Other Post Reporters**

14.    The Trump Administration's harassment extends beyond Ms. Nakashima to her fellow reporters at The Post, with frequent attacks on The Post's national security reporters:

a.  May 14, 2025:  Gabbard's deputy chief of staff reposted a Post reporter's statement and commented, "You are genuinely bad at your job but that is likely a prerequisite for WaPo." Alexa Henning (@alexahenning), X (May 14, 2025, at 12:49 ET), https://x.com/alexahenning/status/1922695680872665588 (attached as Exhibit R).

b.  June 11, 2025:  Chief Pentagon spokesman Sean Parnell posted on social media a Post article about Guantanamo:  "This is 💯 Fake News."  Sean Parnell (@SeanParnellUSA), X (June 11, 2025, at 7:22 ET), https://x.com/SeanParnellUSA/status/1932760299888578853 (attached as Exhibit S).

c.  June 11, 2025:  White House Press Secretary Karoline Leavitt posted about the same Guantanamo story, "This story is Fake News. Not happening." Karoline Leavitt (@PressSec), X (June 11, 2025 at 7:19 ET), https://x.com/PressSec/status/1932759627571060790 (attached as Exhibit T).

6

d. Aug. 20, 2025: Pentagon Press Secretary Kingsley Wilson reposted on social media a story by a Washington Post reporter and commented, "By publishing details about Secretary Hegseth's security protocols, the Washington Post is actively putting him and his family in danger for clicks. These 'reporters' are disgusting." Kingsley Wilson (@PressSecDOW), X (Aug. 20, 2025, at 8:13 ET), https://x.com/PressSecDOW/status/1958140412063092948 (attached as Exhibit U).

e. Aug. 20, 2025: A Pentagon Deputy Press Secretary posted on social media, "The scum at the Washington Post published details about @SecDef's security in the name of 'journalism.'" Jacob Bliss (@JacobBlissDOW), X (Aug. 20, 2025, at 9:00 ET), https://x.com/JacobBlissDOW/status/1958152231691112899 (attached as Exhibit V).

f. Aug. 20, 2025: Another Pentagon Deputy Press Secretary posted, "WaPo intentionally published sensitive details of @SecDef's security detail for him and his family - putting their safety at risk. There should be severe punishment for what @TaraCopp, @DanLamothe, and @AlexHortonTX are doing." Deputy Press Secretary Joel Valdez (@JoelValdezDOW), X (Aug. 20, 2025 at 8:56 ET), https://x.com/JoelValdezDOW/status/1958151139331088527 (attached as Exhibit W).

g. Aug. 20, 2025: Chief Pentagon spokesman Sean Parnell wrote on social media, "When left-wing blogs like the Washington Post continue to dox cabinet secretaries' security protocols and movements, it puts lives at risk." Sean Parnell (@SeanParnellUSA), X (Aug. 20, 2025, at 7:45 ET), https://x.com/SeanParnellUSA/status/1958133206726705448 (attached as Exhibit X).

h. Sept. 17, 2025: The Department of Homeland Security ("DHS") posted on social media, "As our brave ICE law enforcement officers face a more than 1,000% increase in assaults, the Washington Post chooses to smear them." Homeland Security (@DHSgov), X (Sept. 17, 2025, at 18:19 ET), https://x.com/DHSgov/status/1968439688710004981 (attached as Exhibit Y).

i. Sept. 19, 2025: White House Rapid Response 47[2] posted a Post article and commented, "Total Fake News." Rapid Response 47 (@RapidResponse47), X, (Sept. 19, 2025, at 11:24 ET) https://x.com/RapidResponse47/status/

---

[2] Rapid Response 47 is the "Official White House Rapid Response account," supporting the President's "America first agenda and holding the Fake News accountable. MAGA!" Rapid Response 47 (@RapidResponse47), X (last visited March 31, 2026), https://x.com/RapidResponse47 (attached as Exhibit FF). The account has 1.6M followers and is frequently re-posted by The White House and high-ranking members of The Trump Administration. *See e.g.*, Karoline Leavitt (@PressSec), X (April 3, 2026, at 9:04 ET),

1969060047717089447 (attached as Exhibit Z).

j. Sept. 24, 2025: DHS posted on social media, "This @washingtonpost piece is filled with flagrant lies." Homeland Security (@DHSgov), X (Sept. 24, 2025, at 16:58 ET), https://x.com/DHSgov/status/1970955909120626738 (attached as Exhibit AA).

k. Sept. 30, 2025: The White House Communications Director posted on social media, "This is how you know the Fake News is working overtime to spread their lies. This would be the equivalent of me saying: The @washingtonpost's reporting has led to children's deaths. It's not true, but apparently outlets can say whatever they want, no matter how false it is." Steven Cheung (@StevenCheung47), X (Sept. 30, 2025, at 9:23 ET), https://x.com/StevenCheung47/status/1973015911788597250 (attached as Exhibit BB).

l. Oct. 9, 2025: A Pentagon Deputy Press Secretary posted in response to Post reporter Dan Lamothe, "Dan, either you're lying or you don't know what you're talking about. I'm going to give you the benefit of the doubt and just assume you don't know what you're talking about." Deputy Press Secretary Joel Valdez (@JoelValdezDOW), X (Oct. 9, 2025, at 16:29 ET), https://x.com/JoelValdezDOW/status/1976384460271800565 (attached as Exhibit CC).

m. Oct. 29, 2025: DHS posted, "What a dishonest, slanted, and fundamentally inaccurate piece from @WashingtonPost." Homeland Security (@DHSgov), X (Oct. 29, 2025, at 10:31 ET), https://x.com/DHSgov/status/1983542322349437432 (attached as Exhibit DD).

n. Nov. 5, 2025: DHS posted in response to a Post article, "How do you people sleep at night after lying all day to the American people like this?" Homeland Security (@DHSgov), X (Nov. 5, 2025, at 17:27 ET), https://x.com/DHSgov/status/1986198635466358989 (attached as Exhibit EE).

o. Nov. 20, 2025: DHS re-posted a Post article and commented, "Y'all are just making things up now. 😵" Homeland Security (@DHSgov), X (Nov. 20, 2025, at 14:01 ET), https://x.com/DHSgov/status/1991582760847499492 (attached as Exhibit II).

p. Nov. 20, 2025: A DHS spokesperson posted on social media, "The @washingtonpost should be embarrassed it published this fake crap." Tricia McLaughlin (@TriciaOhio), X (Nov. 20, 2025, at 13:57 ET),

https://x.com/RapidResponse47/status/2038605255697420459 (attached as Exhibit GG); *see also The White House Wire*, The White House, https://www.whitehouse.gov/wire/ (last visited March 30, 2026) (attached as Exhibit HH).

8

https://x.com/TriciaOhio/status/1991581658479489362 (attached as Exhibit JJ).

q. Nov. 21, 2025: DHS described on social media a Post article as "a disgusting lie." Homeland Security (@DHSgov), X (Nov. 21, 2025, at 19:16 ET), https://x.com/DHSgov/status/1992024260362260709 (attached at Exhibit KK).

r. Dec. 2, 2025: Pentagon Press Secretary Kingsley Wilson said in a press briefing, "A completely fake story in The Washington Post, now discredited by the New York Times, tried to mischaracterize these successful strikes in bad faith. ... The phony Washington Post story even attributed statements to the Secretary that were total — totally fabricated. ... That is the epitome of fake news." Pentagon Press Secretary Kingsley Wilson Holds an On-Camera, On-the-Record Press Briefing (Dec. 2, 2025), https://www.war.gov/News/Transcripts/Transcript/Article/4346661/pentagon-press-secretary-kingsley-wilson-holds-an-on-camera-on-the-record-press/ (attached as Exhibit LL).

s. Dec. 3, 2025: A Pentagon Deputy Press Secretary posted about Post reporter Dan Lamothe, "Dan is a liar. The review is a total exoneration. He just doesn't like the facts." Jacob Bliss (@JacobBlissDOW), X (Dec. 3, 2025, at 19:46 ET), https://x.com/JacobBlissDOW/status/1996380662945997294 (attached as Exhibit MM).

t. Dec. 17, 2025: The Administrator of the Environmental Protection Agency posted, "More dishonest left-wing hackery from the Washington Post." Lee Zeldin (@epaleezeldin), X (Dec. 17, 2025, at 13:04 ET), https://x.com/epaleezeldin/status/2001352874195042472 (attached as Exhibit NN).

u. Dec. 18, 2025: Then-Secretary of Homeland Security Kristi Noem posted on social media, "For almost a month, the Washington Post and other media outlets have been pushing a demonstrably false story about Coast Guard policy on hate symbols..." Secretary Kristi Noem (@EnvoyNoem), X (Dec. 18, 2025, at 11:45 ET), https://x.com/EnvoyNoem/status/2001697608130347506 (attached as Exhibit OO).

15. In January 2026, the F.B.I. raided the home of Post reporter Hannah Natanson, seizing her laptops, cell phone, recording device, hard drive, and smartwatch, in connection with an investigation into the alleged unauthorized disclosure of classified information. *In re Search of Real Property & Premises of Hannah Natanson ("Natanson")*, No. 1:26-SW-00054, 2026 WL 510727, at *3 (E.D. Va. Feb. 24, 2026). The raid was widely publicized. *See, e.g.,* Benjamin Mullin, et al., *F.B.I. Searches Home of Washington Post Journalist in a Leak Investigation*, The

9

New York Times (Jan. 14, 2026), https://www.nytimes.com/2026/01/14/us/politics/fbi-washington-post-journalist.html (attached as Exhibit PP). According to then-Attorney General Pam Bondi, the raid was requested by the Defense Department. *Id.*; Attorney General Pamela Bondi (@AGPamBondi), X (Jan. 14, 2026, at 10:14 ET), https://x.com/AGPamBondi/status/2011456849711612019 (attached as Exhibit XXX).

16. The Post and Natanson moved for a standstill order that would prevent the government from searching the seized materials until the court could consider their motion for return of property under Federal Rule of Criminal Procedure 41(g). *Natanson*, 2026 WL 510727, at *3. The court granted the standstill motion, set a briefing schedule, and heard oral argument on the 41(g) motion. *Id.* at *3–4.

17. During the hearing on February 20, 2026, Magistrate Judge William B. Porter admonished the government for failing to raise the Privacy Protection Act ("PPA") during its warrant application. Perry Stein, *Judge scolds prosecutors in hearing on search of Post reporter's home*, The Washington Post (Feb. 20, 2026), https://www.washingtonpost.com/national-security/2026/02/20/washington-post-reporter-search-fbi/ (attached as Exhibit QQ).

18. Four days after the hearing, on February 24, 2026, Judge Porter partially granted The Post and Natanson's 41(g) motion and rejected the government's proposal to use a filter team to search all of Ms. Natanson's seized records. *Natanson*, 2026 WL 510727, at *11–12. In its order, the court again admonished the government for failing to disclose the PPA. *Id.* at *7. This litigation is ongoing.

**Examples of Harassment Against The Post Generally**

19.    In addition to attacks directed at specific reporters, the Executive Branch has repeatedly insulted The Post as an institution.

    a.  June 11, 2024: President Trump posted, "The Fake News Washington Post came up with the ridiculous idea that Donald J. Trump will call for Mandatory Military Service. This is only a continuation of their EIGHT YEAR failed attempt to damage me with the Voters. The Story is completely untrue … Only a degenerate former Newspaper, which has lost 50% of its Readers, would fabricate such a tale. Just another Fake Story, one of many, made up by the DEAD Washington Compost!" Donald J. Trump (@realDonaldTrump), Truth Social (June 11, 2024, at 10:55 ET), https://truthsocial.com/@realDonaldTrump/posts/112598565438227864 (attached as Exhibit SS).

    b.  June 16, 2024: President Trump posted on social media, "The Washington Post is absolutely blowing up with Fake Stories! They ought to clean up their act - Start writing the TRUTH, and maybe they'd get some of their Readers back, considering they've lost over 50% in just a short period of time. They have fools and stupid people … who are in no way qualified to be doing what they are doing. The Washington Post is on its last leg, there's no reason for them anymore. They're very untruthful, and you get your News from many other far more reliable sources, including those found on the Internet. You would think Bezos, who is losing more than $100 Million a year on that 'RAG,' would want to at least see REAL Journalism, not Fake Stories that do nothing but hurt and demean our Country. MAGA2024!" Donald J. Trump (@realDonaldTrump), Truth Social (June 16, 2024, at 21:27 ET), https://truthsocial.com/@realDonaldTrump/posts/112630133406263948 (attached as Exhibit TT).

    c.  Aug. 25, 2025: Gabbard's deputy chief of staff posted on social media, "Nah no one reads the @washingtonpost." Alexa Henning (@alexahenning), X (Aug. 25, 2025, at 21:24 ET), https://x.com/alexahenning/status/1960151339394273569 (attached as Exhibit UU).

    d.  Feb. 18, 2025: President Trump said in an interview, "The Washington Post is doing horribly. They're all doing badly because people don't buy it anymore." Sean Hannity Interviews Donald Trump and Elon Musk on Fox News (Feb. 18, 2025), https://rollcall.com/factbase/trump/transcript/donald-trump-interview-sean-hannity-fox-news-with-elon-musk-february-18-2025/#800 (attached as Exhibit VV).

    e.  Feb. 19, 2025: Donald Trump Jr. posted on social media, "If @washingtonpost had any integrity they would retract their headline, but

11

we all know they won't because they're a bunch of fake news hacks who worship Zelensky!" Donald Trump Jr. (@DonaldJTrumpJr), X (Feb. 19, 2025, at 12:34 ET), https://x.com/DonaldJTrumpJr/status/1892266533709021530 (attached as Exhibit WW).

f.  Feb. 22, 2025:  In a speech at the 2025 Conservative Political Action Conference in Maryland, President Trump said, "Washington Post is doing no business. They're losing all their business.  Nobody believes them." Donald Trump Delivers a Speech at the 2025 CPAC Convention in Maryland (Feb. 22, 2025), https://rollcall.com/factbase/trump/transcript/donald-trump-speech-cpac-convention-national-harbor-maryland-february-22-2025/#112 (attached as Exhibit XX).

g.  June 2, 2025:  White House Press Secretary Karoline Leavitt reposted a Post article and commented, "@washingtonpost is pathetic."  Karoline Leavitt (@PressSec), X (June 2, 2025, at 8:44 ET), https://x.com/PressSec/status/1929519395585368177 (attached as Exhibit YY).

h.  Nov. 20, 2025:  Vice President JD Vance said in an interview that he texted Jeff Bezos, owner of The Post, and suggested he hire a Breitbart reporter to "run your entire political reporting shop."  Matthew Boyle of Breitbart Interviews JD Vance at a Fireside Chat (Nov. 20, 2025), https://rollcall.com/factbase/trump/transcript/donald-trump-interview-jd-vance-matthew-boyle-breitbart-fireside-november-20-2025/ (attached as Exhibit ZZ).

i.  Dec. 2, 2025:  At Cabinet meeting, Defense Secretary Pete Hegseth said, "This is what you and the press don't understand.  You sit in your air-conditioned offices or up on Capitol Hill and you nitpick and you plant fake stories in the Washington Post about kill everybody phrases on anonymous sources, not based in anything, not based in any truth at all."  Donald Trump Holds a Cabinet Meeting at the White House (Dec. 2, 2025), https://rollcall.com/factbase/trump/transcript/donald-trump-remarks-cabinet-meeting-december-2-2025/ (attached as Exhibit AAA).

j.  Dec. 9, 2025:  At a rally in Pennsylvania, President Trump says, "And you have to understand, I'm being judged by these bad people back there, the fake news. [Audience boos] So, anything I say that's slightly off, I get like headlines—Donald Trump exaggerated or Donald Trump lied.  They give me Pinocchio's, Washington Post, a Pinocchio, they lie every day.  They give me a Pinocchio."  Donald Trump Holds a Political Rally in Mount Pocono, Pennsylvania (Dec. 9, 2025), https://rollcall.com/factbase/trump/transcript/donald-trump-speech-political-rally-mount-pocono-pennsylvania=december-9-2025/#77 (attached as Exhibit BBB).

12

k. Jan. 13, 2026: Gabbard's Deputy Chief of Staff posted a Post article and commented, "You don't hate the media enough." Alexa Henning (@alexahenning), X (Jan. 13, 2026, at 7:45 ET), https://x.com/ alexahenning/status/2011056903049412714 (attached as Exhibit CCC).

l. Feb. 6, 2026: During a press gaggle on Air Force One, President Trump said to a Post reporter, "[Y]ou're having a hard time getting readers. The Washington Post is doing very poorly. Go ahead. You have a very bad attitude." Donald Trump Speaks to Reporters On Board Air Force One (Feb. 6, 2026), https://rollcall.com/factbase/trump/transcript/donald-trump-press-gaggle-air-force-one-february-6-2026/#32 (attached as Exhibit DDD).

m. Feb. 9, 2026: Regarding a Post article about the Super Bowl halftime show, Donald Trump, Jr. posted, "Maybe the 30% layoffs at WAPO weren't nearly enough." Donald Trump Jr. (@DonaldJTrumpJr), X (Feb. 9, 2026, at 15:41 ET), https://x.com/DonaldJTrumpJr/status/ 2020961181390008827 (attached as Exhibit EEE).

n. March 14, 2026: President Trump posted a meme that lists "Massive Layoffs" at The Post under the headline, "President Trump is reshaping the media." Donald J. Trump (@realDonaldTrump), Truth Social (March 14, 2026, at 11:02 ET), https://truthsocial.com/@realDonaldTrump/posts/ 116228130264134892 (attached as Exhibit FFF).

## The Trump Administration's Campaign Against the Media

20.    President Trump and his Cabinet have demonized and threatened the press on numerous occasions. Some examples include:

a. Feb. 2017: President Trump called the news media an "enemy of the American People." Amanda Erickson, *Trump called the news media an 'enemy of the American people.' Here's a history of the term.*, The Washington Post (Feb. 18, 2017), https://www.washingtonpost.com/ news/worldviews/wp/2017/02/18/trump-called-the-news-media-an-enemy-of-the-american-people-heres-a-history-of-the-term/ (attached as Exhibit GGG).

b. Oct. 22, 2022 / Nov. 7, 2022: At a campaign rally in Texas, President Trump previewed his policy toward national security reporters: "You take the writer and/or the publisher of the paper...and you say, 'Who is the leaker? National security.' And they say, 'We're not gonna tell you.' They say, 'That's okay, you're going to jail.' And when this person realizes that he is going to be the bride of another prisoner very shortly, he will say, 'I'd very much like to tell you exactly who that leaker is!'" Again, in Ohio, he

13

threatened, "And when the reporter learns that he's going to be married in two days to a certain prisoner that's extremely strong, tough and mean, he will say, 'You know'...I think I'm going to give you the information.'" Isabel Fattal & Stephanie Bai, *A Brief History of Trump's Violent Remarks*, The Atlantic, (Oct. 31, 2024), https://www.theatlantic.com/politics/archive/2024/10/trump-violent-rhetoric-timeline/680403/ (attached as Exhibit ZZZ).

c. Feb. 14, 2025: The White House announced that they would not permit journalists from the Associated Press to participate in press briefings or press pools in the Oval Office or on Air Force One because the Associated Press refused to use the term "Gulf of America" instead of "Gulf of Mexico." Katie Robertson, *White House Will Continue to Bar Associated Press in Gulf of Mexico Fight*, The New York Times (Feb. 14, 2025), https://www.nytimes.com/2025/02/14/us/politics/white-house-ap-gulf-of-mexico.html (attached as Exhibit HHH).

d. April 25, 2025: Then-Attorney General Pam Bondi issued a memorandum rescinding prior Department of Justice guidelines that limited the Department's ability to obtain records and compel testimony from reporters. Office of the Attorney General, *Updated Policy Regarding Obtaining Information From, or Records of, Members of the News Media* (Apr. 25, 2025), https://perma.cc/S4K7-GW9B (attached as Exhibit III).

e. July 2025: President Trump sued the Wall Street Journal based on an article that the Journal published regarding a sexually suggestive birthday card the President allegedly sent to Jeffrey Epstein. Stephen Fowler, *Trump files defamation suit over 'Wall Street Journal' Story on his Epstein ties*, NPR (July 17, 2025), https://www.nprillinois.org/2025-07-17/trump-files-defamation-suit-over-wall-street-journal-story-on-his-epstein-ties (attached as Exhibit JJJ); Eli Stokols & Irie Sentner, *White House removes Wall Street Journal from Scotland press pool over Epstein bombshell*, Politico (July 21, 2025), https://www.politico.com/news/2025/07/21/journal-removed-white-house-pool-epstein-00465548 (attached as Exhibit KKK); Eli Stokols, *2 months later, WSJ reporters remain on Trump's no-fly list*, Politico (Oct. 22, 2025), https://www.politico.com/news/2025/10/22/two-months-later-wsj-reporters-remain-on-trumps-no-fly-list-00619110 (attached as Exhibit LLL).

f. Sept. 2025: Chairman of the Federal Communications Commission Brendan Carr made public statements that led to the temporary cancellation of the late-night talk show *Jimmy Kimmel Live!*, based on political statements of its host, and launched investigations against other perceived left-leaning media organizations. *See* Cecilia Kang, *Brendan Carr Plans to Keep Going After the Media*, The New York Times (Sept. 24, 2025),

14

https://www.nytimes.com/2025/09/24/technology/brendan-carr-fcc-kimmel.html (attached as Exhibit MMM).

g.  March 2026:   The Pentagon banned press photographers from press briefings after they published photos of Secretary Pete Hegseth that his staff did not like.   Scott Nover, *Pentagon bars press photographers over "unflattering" Hegseth photos*, The Washington Post (March 11, 2026), https://www.washingtonpost.com/business/2026/03/11/hegseth-press-briefings-photos-iran/ (attached as Exhibit NNN).

h.  March 13, 2026:  Defense Secretary Pete Hegseth criticized the media for its reporting on the U.S.'s involvement in Iran, suggesting "patriotic" headlines that the media should be using instead of the "fake" headlines he had noticed.  CNBC Television, *Defense Sec. Pete Hegseth and General Dan Caine hold briefing on the U.S.-Iran war* (at 5:24-6:50), YouTube (March 31, 2026), https://www.youtube.com/watch?v=ECJM28VXTKc.

i.  March 14, 2026:  FCC Chair Carr posted on social media, "Broadcasters that are running hoaxes and news distortions - also known as the fake news - have a chance now to correct course before their license renewals come up." Brendan Carr (@BrendanCarrFCC), X (March 14, 2026, at 12:24 ET), https://x.com/BrendanCarrFCC/status/2032855414233047172 (attached as Exhibit OOO).

j.  March 15, 2026:  President Trump posted on social media about a Wall Street Journal article, "The story was knowingly FAKE and, in a certain way, you can say that those Media Outlets that generated it should be brought up on Charges for TREASON for the dissemination of false information!"  He added, "I am so thrilled to see Brendan Carr, the Chairman of the Federal Communications Commission (FCC), looking at the licenses of some of these Corrupt and Highly Unpatriotic 'News' Organizations. They get Billions of Dollars of FREE American Airwaves, and use it to perpetuate LIES, both in News and almost all for their Shows, including the Late Night Morons, who get gigantic Salaries for horrible Ratings, and never get, as I used to say in The Apprentice, 'FIRED.'" Donald J. Trump (@realDonaldTrump), Truth Social (March 15, 2026, at 19:49 ET) https://truthsocial.com/@realDonaldTrump/posts/116235861005528220 (attached as Exhibit I); *see also* Scott Nover, *Trump backs FCC chief's threat to broadcasters, criticizing Iran war coverage*, The Washington Post (March 15, 2026), https://www.washingtonpost.com/business/2026/03/14/trump-carr-fcc-media-iran-war/ (attached as Exhibit PPP); Michael M. Grynbaum, *With Threats and Claims of 'Treason,' Trump Pressures Media on the War*, The New York Times (March 16, 2026), https://www.nytimes.com/2026/03/16/business/media/trump-iran-media-coverage.html (attached as Exhibit QQQ); David Bauder, *Trump Team Applying Pressure To Media: Tell the War's Story the Way We See*

15

*It*, AP News (March 17, 2026), https://apnews.com/article/trump-media-hegseth-carr-fcc-first-amendment-d8bba1bcfa09bd47a9e1523616be480c (attached as Exhibit RRR).

21.    In 2025, The Defense Department implemented new policies that limited reporters' access to large areas of The Pentagon, even if the reporters were credentialed to cover the Department, and required reporters to agree to only publish information that the Department approved, even if the information is unclassified.   Ken Bensinger, *Pentagon Expands Its Restrictions on Reporter Access*, The New York Times (Sept. 20, 2025), https://www.nytimes.com/2025/09/20/business/media/pentagon-restrictions-reporters-hegseth-trump.html (attached as Exhibit SSS).

22.    In October 2025, the Department issued an updated media access policy that required reporters to sign an acknowledgment in order to maintain any Pentagon access. *See New York Times v. Dep't of Def.*, No. 25-04218, 2026 WL 788689, at *5–6 (D.D.C. March 20, 2026).

23.    The Post's three national security reporters who historically had Pentagon access—Tara Copp, Alex Horton, and Dan Lamothe—alongside reporters from many other media organizations, refused to sign the acknowledgement.  As a result, the Department of Defense revoked their Pentagon access credentials.

24.    The New York Times filed suit against the Department of Defense, challenging the policy. *Id.* at *1.  On March 20, the court granted the Times' summary judgment motion and held that the policy violated the First and Fifth Amendments. *Id.* at *1–2, 8.

25.    Three days after the court issued its ruling, the Department announced that it would move all journalists from their office in the Pentagon to a separate, external facility.  Scott Nover, *Pentagon will move press to external 'annex' following court loss over restricted access*, The Washington Post (March 23, 2026), https://www.washingtonpost.com/business/2026/03/23/

16

pentagon-press-annex-policy-defeat/ (attached as Exhibit TTT).   When this new policy was brought to the judge's attention, the judge held a hearing and asked if the new policy is a "Catch-22." Josh Gerstein, *Judge Appears Skeptical of Pentagon's Latest Press Restrictions*, Politico (March 30, 2026), https://www.politico.com/news/2026/03/30/pentagon-press-access-nyt-hearing-00850545 (attached as Exhibit YYY).  Litigation is ongoing.

I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed this 7th day of April 2026.

Simon A. Latcovich