# EXHIBIT 4

# EXHIBIT A

Subpoena to Testify Before a Grand Jury – AO 110 (EDVA ver. 3/6/2024)



# UNITED STATES DISTRICT COURT

## Eastern District of Virginia

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:   Ellen Nakashima

**YOU ARE COMMANDED** to appear in this United States District Court at the time, date, and place shown below to testify before the District Court's Federal Grand Jury. When you arrive, you must remain at the courthouse until the presiding Judge or a Court Officer allows you to leave.

| Place: | U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Date & Time:   4/7/2026   09:30 AM |
|---|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please review Attachment A – Attorney Cover Letter and Attachment B – Fact Witness Instructions for additional details and guidance regarding your appearance before the Grand Jury.

Date:   3/2/2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

This Subpoena was prepared and issued pursuant to the authority of the United States Attorney for the Eastern District of Virginia. The Subpoena was reviewed and approved by the following Requesting Attorney:

_____
Gordon D. Kromberg, Assistant U.S. Attorney
United States Attorney's Office
Eastern District of Virginia – Alexandria Division

Subpoena to Testify Before a Grand Jury (Page 2) – AO 110 (EDVA ver. 3/6/2024)

25

## PROOF OF SERVICE

This Subpoena for Ellen Nakashima was received by me on: _____
                                                                                    *Date*

☐ I served the Subpoena by delivering a copy to the named recipient as follows:

_____

_____ on _____ ; or
                                                                  *Date*

☐ I returned the Subpoena unexecuted because:

_____

_____

I declare under penalty of perjury that this information is true.

Date: _____

                                        _____
                                                    *Server's Signature*

                                        _____
                                                  *Printed Name and Title*

                                        _____
                                                    *Server's Address*

Additional information regarding attempted service, etc.:

## Attachment A – Attorney Cover Letter



U.S. Department of Justice
**United States Attorney's Office**
Eastern District of Virginia

2100 Jamieson Avenue          703-299-3700
Alexandria, VA 22314

3/2/2026

Ellen Nakashima

**Re: Federal Grand Jury Appearance**

Dear Sir or Madam:

A subpoena has been issued for your appearance as a witness before a federal grand jury in the Eastern District of Virginia (Alexandria Division). It is the policy of the U.S. Department of Justice and this Office to provide the following basic information to ALL witnesses concerning their appearance before the grand jury.

**Although the subpoena directs you to appear on 4/7/2026 at 9:30 a.m., the actual date and time of your appearance may be scheduled at a different time. Please call Gordon D. Kromberg, Assistant U.S. Attorney, at 703-299-3721 to confirm the time of your actual appearance.**

The grand jury consists of sixteen to twenty-three persons who inquire into federal crimes that may have been committed in this judicial District. Only authorized persons may be present in the grand jury room while evidence is being presented. This means that the only persons who may be present while testimony is being given are members of the grand jury, attorneys for the government, the witness under examination, an interpreter when needed, and for the purpose of taking evidence, a stenographer or operator of a recording device.

As a grand jury witness, you will be asked to testify and answer questions concerning possible violations of federal criminal law. The public, through the grand jury, has a right to every person's evidence, except where the privilege against self-incrimination would apply.

The mere fact that this letter is provided to a person subpoenaed to testify before a grand jury should not be taken as any implication or suggestion that the person subpoenaed is likely to be charged (indicted) with the crime under investigation.

During your appearance as a witness before a grand jury, you will be expected to answer all questions asked of you, except to the extent that a truthful answer to a question would tend to

Page 1 of 2

incriminate you.  An untruthful answer to any question may be the basis for prosecuting the untruthful witness for perjury.  Anything that you say may be used against you by the grand jury or may later be used against you in court.  You may consult your attorney before testifying; you may have your attorney outside the grand jury room, and if you desire, you will be afforded a reasonable opportunity to step outside the grand jury room to consult with your attorney before answering any question.

If you have any questions concerning the general subject matter of your appearance, or other questions, you may contact the U.S. Attorney's Office at 703-299-3700.

Sincerely,

Todd W. Blanche
Deputy Attorney General

GORDON KROMBERG  Digitally signed by GORDON KROMBERG  Date: 2026.03.02 14:29:11 -05'00'

By: _____
Gordon D. Kromberg
Assistant United States Attorney

## Attachment B – Fact Witness Instructions



U.S. Department of Justice
United States Attorney's Office
Eastern District of Virginia

**INSTRUCTIONS FOR FACT WITNESSES APPEARING ON BEHALF OF THE UNITED STATES GOVERNMENT**
(Not Applicable to Federal Employees)

READ THE INFORMATION CONTAINED ON THIS FORM IMMEDIATELY. PLEASE CALL THE INDIVIDUAL LISTED BELOW FOR INFORMATION REGARDING TRAVEL ARRANGEMENTS AND SPECIFIC ENTITLEMENTS. IF YOU HAVE A MEDICAL CONDITION OR FAMILY SITUATION THAT REQUIRES SPECIAL CONSIDERATION, PLEASE ADVISE THE INDIVIDUAL LISTED BELOW <u>AS SOON AS POSSIBLE</u>.

CONTACT PERSON: Brittany Doherty, Victim Witness Coordinator  -  Phone: 703-299-3859

### VERIFY YOUR ATTENDANCE

On the last business day <u>BEFORE</u> you travel to court, call the above number to verify that your attendance is required. This may prevent a wasted trip in the event the date is changed.

### APPEARANCE OUTSIDE THE LOCAL AREA

If you reside outside the local area, call the individual listed above for instructions.

### REIMBURSEMENT OF EXPENSES AND ATTENDANCE FEES

A.    ATTENDANCE FEE: You will be paid a fee of $40 per day.

B.    TRANSPORTATION: Call the individual listed above to obtain information on transportation. Reimbursement will be made for travel by the least expensive method reasonably available to you. The following rules apply to transportation expenses:

1.    **Local Travel:** The reimbursable methods of travel to court are bus, light rail, Uber or Lyft, taxi or shuttle, and privately owned vehicles (POV).

2.    **Privately Owned Vehicles (POV):** You will be reimbursed .655 cents per mile.

In addition to the above mileage allowance, necessary tolls, parking, and other fees may be reimbursed. All taxi/Uber/Lyft or parking expenses greater than $75 must be supported by a receipt to receive reimbursement. If two or more witnesses travel in the same vehicle, only one reimbursement for mileage can be made.

3.    Common Carrier: **IF YOU RESIDE OUTSIDE THE LOCAL AREA, CALL THE INDIVIDUAL LISTED ABOVE FOR INSTRUCTIONS.** It is preferable that the government make the travel/lodging arrangement for you. If you choose to purchase your own train, bus, or airline ticket you will be reimbursed at the Government rate. Reimbursement **WILL NOT** be made for First Class accommodations, "Frequent Flyer" tickets, or charter service. **DO NOT** purchase non-refundable tickets. If your appearance date changes or is canceled, you WILL **NOT** be reimbursed for non-refundable tickets. Car rentals are not reimbursable. If you have any questions concerning transportation arrangements, please contact the individual listed above. IF POV EXPENSES, INCLUDING MILEAGE, TOLLS, PARKING, AND OTHER ASSOCIATED COSTS ARE GREATER THAN THE GOVERNMENT AIRFARE, YOU WILL BE RESPONSIBLE FOR THE DIFFERENCE.

C.    MEALS: If it is necessary for you to remain away from home overnight, you will receive the following daily meal allowances:

$ <u>79.00</u> for each full day away from home    $ <u>39.50</u> for each travel day

D.    LODGING: If it is necessary for you to remain away from home overnight, the Witness Coordinator listed above can arrange lodging for you. If you choose to book your own accommodations, you will be reimbursed for the ACTUAL COST of your hotel/motel room, which

Page 1 of 2

Form OBD-2
EDVA ver. 1/30/2023

may not exceed specific rates set by the U.S. Attorney's Office, including tax. All incidentals (phone calls, room service, Internet, etc.) must be paid by you.

## CONCLUSION OF TESTIMONY

When your testimony concludes, you should request information from the person listed above regarding the payment of the fees and expenses detailed on this document. The person(s) requiring your attendance will provide you with a DOJ-3 Fact Witness Voucher. You will be required to list your expenses on this voucher. The voucher will be submitted to the U.S. Marshals Service for payment. The U.S. Marshals Service will process the voucher and MAIL the payment directly to you. If you require funds to return home, notify the person listed above PRIOR to your appearance. If you receive a cash advance from your local U.S. Marshals Service, the cash advance will be deducted from your total reimbursement. The payment should arrive approximately 4-6 weeks after your appearance date.

Form OBD-2
EDVA ver. 1/30/2023