# EXHIBIT 5

# EXHIBIT B

| | |
|---|---|
| From: | Kromberg, Gordon (USAVAE) |
| To: | Latcovich, Simon |
| Cc: | ▮▮▮▮▮▮▮▮▮▮ |
| Subject: | RE: Nakashima |
| Date: | Friday, March 27, 2026 6:25:39 PM |

Yes, I would like to ask her about her request for comment from ▮▮▮▮▮▮▮▮▮ about ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, even though (to my knowledge) an article on that was not published. I'm not sure that the request on 1/14 (but it may have been). I'd also rather not characterize the question as asking only about ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; I would rather characterize it as asking ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

**From:** Latcovich, Simon ▮▮▮▮▮▮▮▮
**Sent:** Friday, March 27, 2026 6:19 PM
**To:** Kromberg, Gordon (USAVAE) ▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** [EXTERNAL] Nakashima

Gordon,

On the Nakashima subpoena, would you please confirm what the government intends to ask her to testify about? When we spoke you mentioned that the investigation concerned Ms. Nakashima's January 14, 2026 request for comment from ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, even though she never published an article on that topic. Would you please confirm that her request for comment is, in fact, the proposed topic of testimony? Thanks.

Best regards,
Simon

**Simon Latcovich**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5967 | vcard | www.wc.com/slatcovich

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.