# EXHIBIT 7

**From:** [redacted]
**To:** Ellen.Nakashima@washpost.com
**Subject:** [redacted]
**Date:** Thursday, January 15, 2026 2:48:37 PM

---

Good Afternoon Ellen,

Thanks for reaching out. Here is the on-background statement. Do you know when you plan to publish? Greatly appreciate your patience, sorry for the delay!

--

(Attributable to a [redacted]

Very Respectfully,

[redacted]

---

**From:** Nakashima, Ellen <Ellen.Nakashima@washpost.com>
**Sent:** Wednesday, January 14, 2026 8:59 AM
**To:** [redacted]
**Subject:** [redacted]

Good morning, [redacted]

I hope you're keeping well.

We're aiming to publish a story later today [redacted]

It focuses on [redacted]

My understanding is that while [redacted] If that was not the case, please let me know.

I have a few more questions, if you can help:

[redacted]

Thank you!

Ellen Nakashima

[redacted]