# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

**UNDER SEAL**

IN RE: GRAND JURY SUBPOENA        )
NO. 25█████████████        )    Case No. 1:26-dm-1  (WBP)
        )

GOVERNMENT'S NOTICE OF RELEASE OF WITNESS FROM
GRAND JURY SUBPOENA PREVIOUSLY SERVED ON HER

On March 2, 2026, reporter Ellen Nakashima was served with a subpoena to appear and testify on April 7, 2026, before the grand jury in Alexandria. On April 7, 2026, Nakashima moved to quash the subpoena, essentially on the grounds that she suspects that the subpoena was issued to harass her or retaliate against her for her work as a reporter at the Washington Post. On April 21, 2026, the United States filed its opposition to the motion to quash, and represented that the subpoena was served in furtherance of a criminal investigation to identify the source of national defense information leaked to the media. On May 22, 2026, this Court held a hearing on that motion to quash.

This pleading is to notify the Court that we today notified the Witness that she is released from the subpoena at issue. The motion to quash is, therefore, moot.

Please note that our release of the Witness from any obligation under the subpoena should not in any way suggest that there was merit to the motion to quash. To the contrary, the subpoena was validly issued and served for the sole purpose of furthering a criminal investigation into the release of sensitive information involving the national defense. That being said, after the hearing on May 22, 2026, the investigative team obtained new information that must be considered in coordination with officials in the Department of War and in the

Department of Justice before proceeding further on the path related to the subpoena that was

previously served.

<div style="margin-left:50%">

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

By:    *Gordon D. Kromberg*

Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov

</div>

2

<u>Certificate of Service</u>

I hereby certify that on June 9, 2026, I transmitted the foregoing GOVERNMENT'S

NOTICE OF RELEASE OF WITNESS FROM GRAND JURY SUBPOENA PREVIOUSLY

SERVED ON HER by email to below listed counsel of record:

> Simon A. Latcovich, at <u>slatcovich@wc.com</u>
> Nicholas G. Gamse, at <u>ngamse@wc.com</u>
> Claire R. Cahill, at <u>ccahill@wc.com</u>
> Summer G. Krasuski, at Skrasuski@wc.com

> _____
> Gordon D. Kromberg
> Assistant United States Attorney
> Virginia Bar No. 33676
> Assistant United States Attorney
> Attorney for the United States
> 2100 Jamieson Avenue
> Alexandria, VA  22314
> (703) 299-3700
> (703) 837.8242 (fax)
> gordon.kromberg@usdoj.gov

3