**EXHIBIT 12**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE GRAND JURY SUBPOENA NO.   )        Case No. 1:26-dm-00001 (WBP)
25-████████████                 )

## ORDER

On March 2, 2026, the Government issued a Subpoena to Testify Before a Grand Jury to

Ellen Nakashima, a *Washington Post* reporter, requiring her to appear and testify before a federal

grand jury in the Eastern District of Virginia. ("Subpoena," ECF No. 2-1.) In later

communications with Ms. Nakashima's counsel, the Government clarified its intent to question

her "████████████████████████████████████████████████████████████████

████████████████████████████" (ECF No. 2-4 at 2.)

On April 7, 2026, Ms. Nakashima filed a Motion to Quash the Subpoena (ECF No. 1),

which the Government opposed on April 21, 2026 (ECF No. 10). Ms. Nakashima filed a reply in

support of her Motion to Quash on May 1, 2026 (ECF No. 11), and the Court held oral argument

on May 22, 2026. (ECF Nos. 14, 15.)

During oral argument, the Government informed the Court that it issued the Subpoena to

find the source of national defense information leaked to the media. (ECF No. 15 at 12.) Because

Ms. Nakashima had argued that the Government was attempting to use a news reporter as an

investigative arm of the government, the Court asked the Government what information it had

about the leak other than from news media sources. (*Id.* at 12–13.) In response, the Government

told the Court that it did not want to reveal to Ms. Nakashima how it investigates leaks, because

doing so would disclose confidential information. (*Id.* at 12.) The Court invited the Government

to file any additional confidential information *ex parte*. The Government filed no additional information.

On June 9, 2026, the Government filed a "Notice of Release of Witness From Grand Jury Subpoena Previously Served on Her." ("Notice," ECF No. __.[1]) In its Notice, the Government stated that it had notified Ms. Nakashima of her release "from any obligation under the subpoena . . . [because] the investigative team obtained new information that must be considered in coordination with officials in the Department of War and in the Department of Justice before proceeding further on the path related to the subpoena that was previously served." (ECF No. __ at 1–2.)

Accordingly, because the Government has released Ms. Nakashima from any obligation under the Subpoena, the Court DENIES Ms. Nakashima's Motion to Quash as MOOT.

The Court further ORDERS that, if the Government issues any further subpoenas or legal process to Ms. Nakashima to produce information or to testify before a grand jury sitting in the Eastern District of Virginia about the same subject matter as the Subpoena, and Ms. Nakashima files any motions concerning such subpoenas or legal process, those motions must be filed under this case number and noticed for a hearing before the undersigned.

Entered this 9th day of June 2026.

William B. Porter
United States Magistrate Judge

Alexandria, Virginia

---

[1] The Clerk's Office has not yet assigned a docket number to the Motion, but the next sequential number should be 17.